**Nicoletti Hornig**
**Namazi Eckert & Sheehan**

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

+GUERRIC S.D.L. RUSSELL
PARTNER
DIRECT DIAL: 212-220-3826
GRUSSELL@NICOLETTIHORNIG.COM

September 8, 2026

**VIA ECF**
Hon. Robert Kirsch
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 9, 2026

RE: *In the Matter of the Complaint of Karl Hoelper*
United States District Court, District of New Jersey
Docket No.: 25-13668
Our File No.: 10900467 GSR/VW

Dear Judge Kirsch:

We represent Petitioner Karl Hoelper in the above-referenced matter. We write to advise the Court that in light of the Court's Text Order [ECF No. 14]; and the fact that the claims of the individuals involved in the subject incident have been settled, Petitioner has reconsidered the need to seek default judgment against any and all unasserted claims. Accordingly, Petitioner respectfully withdraws its motion seeking default judgment [ECF No. 13] and will be filing a notice of voluntary dismissal.

We thank the Court for its time and consideration to this matter.

Respectfully submitted,

NICOLETTI, HORNIG, NAMAZI, ECKERT & SHEEHAN

By:

Guerric S.D.L. Russell